# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RHONDA LEA CRANE,

      Plaintiff,

  v.

COMMISIONER OF SOCIAL SECURITY,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.  2:23-CV-1241-DWC

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this matter be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings.

Judgment for Plaintiff and the case is closed.

      Dated this 19th day of December, 2023.

                                              Ravi Subramanian
                                              Clerk

                                              s/KIM BRYE
                                              Deputy Clerk